IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 2:09-cv-00404 (GLL) |
| | ) |
| RAND L. HAUSER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Having considered the defendants' motion at docket number 14 to set aside the default judgment and order of sale and to stay entry execution of judgment, and the United States' opposition, the Court finds that the motion should be DENIED. Accordingly, it is this 9th day of Oct, 2009,

ORDERED that the motion filed at docket number 14 is DENIED.

_____
UNITED STATES DISTRICT JUDGE

cc: All Parties of Record

4537380.1