IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:09-cv-00404 (GLL) |
| ) | |
| RAND L. HAUSER, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), plaintiff, the United States, and defendants, Rand and Karen Hauser, stipulate and agree as follows:

1. This action shall be dismissed with prejudice; and

2. Each party shall bear their or its own costs and attorney's fees.

DATED: January 25, 2011

                                          DAVID HICKTON
                                          United States Attorney

                                          JOHN A. DiCICCO
                                          Assistant Attorney General

                                          /s/ Brittney N. Campbell
                                          BRITTNEY N. CAMPBELL, Bar No. NC31433
                                          Trial Attorney, Tax Division
                                          U. S. Department of Justice
                                          Post Office Box 227
                                          Washington, DC 20044
                                          Telephone: (202) 353-2260
                                          Facsimile: (202) 514-6866
                                          E-mail: brittney.n.campbell@usdoj.gov
                                          *Counsel for United States*

/s/ Alice L. Stewart  
Alice L. Stewart, Esq.  
University of Pittsburgh  
School of Law  
460 Beverly Road  
Pittsburgh, PA 15216  
e:mail: Alicelstewart@gmail.com  
*Counsel for defendants*

SO ORDERED.

_____  
GARY L. LANCASTER  
CHIEF UNITED STATES DISTRICT JUDGE

1/26/11

6383401.1